ACCEPTED
05-19-00146-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
5/1/2019 1:17 PM
LISA MATZ
CLERK

NO. 05-19-00146-CR

IN THE

FIFTH COURT OF APPEALS

OF TEXAS

DALLAS, TEXAS

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
5/1/2019 1:17:12 PM
LISA MATZ
Clerk

---

DADRIAN MONTREZ MCLEAN,
APPELLANT

VS

THE STATE OF TEXAS,
APPELLEE

---

On appeal from the 354th Judicial District Court
Of Hunt County, Texas

Trial Court Cause Nos. 31862CR

APPELLANT'S FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME TO
FILE OPENING BRIEF

## NO. 05-19-00146

| | | |
|---|---|---|
| DADRIAN MONTREZ MCCLAIN | § | IN THE COURT OF APPEALS |
| | § | |
| VS. | § | 5TH JUDICIAL DISTRICT |
| | § | |
| STATE OF TEXAS | § | DALLAS, TEXAS |

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

NOW COMES DADRIAN MONTREZ MCLAIN, the Appellant in the above styled and numbered cause, and would respectfully request an extension of time for filing the Appellee's brief in said case pursuant to Rule 10.5 and Rule 38 of the Texas Rules of Appellate Procedure, and would respectfully show the following:

### I.

Appellee's brief is due to be filed on or before the 26th day of April 2019. The brief was presented for filing on April 29, 2018 but was not accepted for filing because it was overdue.

### II.

Appellant respectfully requests this Honorable Court to grant an extension of time to file the Appellant's Brief up to the present day to file his Opening Brief. In connection therewith, Appellant would show the following facts relied upon in good faith to show good cause to the Honorable Court of Appeals regarding this motion for extension of time:

Undersigned Counsel received notice that the brief was due "30 days from the date of this Order." Counsel miscalculated 30 days believing the brief was due on a Saturday rather than Friday thereby giving until Monday to file. Counsel was not aware of this miscalculation until informed by the Clerk that the brief was untimely

filed. Counsel conferred with Appellee's counsel Noble Dan Walker Jr. on today's date and he is not opposed to this extension.

WHEREFORE, PREMISES CONSIDERED, Appellant respectfully requests and prays that the Honorable Court of Appeals grant an extension to today's date for the filing of Appellant's Opening Brief

Respectfully submitted,

Peter I. Morgan
Counsel For Appellant
State Bar No 14451700
P.O. Box 984
Greenville, Texas 75403
pmorgan@lawyermorgan.com
(903) 217-3671
(903) 642-0057 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument was forwarded to all parties by hand delivery or regular mail.

Peter I. Morgan

# VERIFICATION

STATE OF TEXAS         §

COUNTY OF HUNT      §

BEFORE ME, the undersigned Notary Public, on this day personally appeared PETER I. MORGAN, who being by me duly sworn on his oath deposed and said that he is duly qualified and authorized in all respects to make this affidavit; that he has read the above and foregoing Motion for Extension of Time for Filing Brief; and that every statement contained in the Motion is within his knowledge and true and correct.

_Peter Morgan (signature)_

Peter I. Morgan

SUBSCRIBED AND SWORN TO BEFORE ME on the 1st day of May 2019, to certify which witness my hand and official seal.

_Rebecca Blevins (signature)_

Notary Public, State of Texas

REBECCA BLEVINS
Notary Public, State of Texas
Comm. Expires 06-05-2019
Notary ID 126135289

4